# Exhibit A

# CP- – 51 / Soil Cleanup Guidance

New York State Department of Environmental Conservation
# DEC Policy

**Issuing Authority:**    Sean Mahar, Interim Commissioner

**Date Issued:** October 21, 2010    |    **Latest Date Revised:** [TBD]]

## I. Summary

This policy provides the framework and procedures for the selection of soil cleanup levels appropriate for each of the remedial programs in the New York State Department of Environmental Conservation (DEC) Division of Environmental Remediation (DER). This policy applies to the Inactive Hazardous Waste Disposal Site Remedial Program, known as the State Superfund Program (SSF); Brownfield Cleanup Program (BCP); Voluntary Cleanup Program (VCP); Environmental Restoration Program (ERP); Spill Response Program - Navigation Law (NL) section 176 (SRP);: and the Resource Conservation and Recovery Act (RCRA) Corrective Action Program. It replaces Technical and Administrative Guidance Memorandum (TAGM) 4046: Determination of Soil Cleanup Objectives and Cleanup Levels (January 24,NYSDEC 1994); the Petroleum Site Inactivation and Closure Memorandum (February 23,NYSDEC 1998); and Sections III and IV of Spill Technology and Remediation Series (STARS) #1 (AugustNYSDEC 1992).

This document is used in conjunction with the applicable statutes, regulations, and guidance. Site-specific soil cleanup levels, determined in accordance with this guidance, are only applied after:

- the site, or area of concern, (AOC), is fully investigated to determine the nature and extent of contamination;
- all sources of contamination are addressed consistent with the hierarchy provided in 6 NYCRR  375-1.8(c) or consistent within the RCRA Corrective Action Program (as appropriate);
- groundwater, if contaminated, has been evaluated for appropriate remedial actions consistent with 6 NYCRR 375-1.8(d) or consistent with the RCRA Corrective Action Program (as appropriate);: and
- impacts on adjacent residential properties, surface water, and aquatic ecological resources are evaluated, as well as indoor air, soil vapor, vapor intrusion, and other appropriate media.

## II. PURPOSE, BENEFITS, AND BACKGROUND

Legislation establishing New York State's BCP found in NYS Environmental Conservation Law (ECL) Article 27, Title 14, required DEC, in consultation with the New York State Department of Health (NYSDOH), to develop an approach for the remediation of contamination at brownfield sites. The resulting regulation includes seven sets of SCOs. Four sets provide for the protection of public health for residential, restricted residential, commercial, and industrial land uses; two sets provide for the protection of groundwater and ecological resources; and one set includes SCOs for unrestricted use. CP-51 was developed to supplement the resulting regulations and to clarify how those regulations would apply, particularly to programs outside the BCP.

# III. POLICY

It is DEC's policy, consistent with applicable statutes and regulations, that all remedies will be protective of public health and the environment. ~~DEC's preference is~~DEC prefers that ~~the ~~remedial ~~programs, including the selection of ~~program and soil cleanup levels~~, be ~~are designed such that the performance standard results in the implementation of a permanent remedy resulting in no future land use restrictions. ~~However, some of DEC=s remedial programs are predicated on future site use. Further~~However, it is not always feasible to return to a condition where no restrictions are required.

The procedures set forth herein are intended for the use and guidance of both DEC and remedial parties to provide a uniform and consistent process for the determination of soil cleanup levels. This guidance is not intended to create any substantive or procedural rights, enforceable by any party in administrative or judicial ~~litigation~~proceedings with DEC. DEC reserves the right to act at variance with these procedures to address site-specific circumstances and to change the procedures in this guidance at any time.

Please note that this guidance focuses only on soil cleanup levels. All remedies must be fully protective of public health and the environment and must prevent further off-site migration to the extent feasible, with special emphasis on preventing or minimizing migration onto adjacent residential properties. A remedial party is required to evaluate and investigate, if necessary, all environmental media including soil, groundwater, surface water, sediments, soil vapor, ambient air, and biota~~. [See~~, as required by either 6 NYCRR 375-1.8(a)(6) or the RCRA Corrective Action Program~~(as appropriate)].~~. This investigation will determine if any of the referenced media are, or may be, impacted by site contamination. Applicable guidance should be consulted for media other than soil.

Nothing contained in this ~~guidance, in itself, ~~policy forms the basis for changes to previously selected remedies. However, ~~a change in ~~the ~~site remedy ~~requirements herein may be ~~considered consistent with *DER-2: Making Changes to Selected Remedies* (April 1, 2008). [See Section VI, Related References.] To the extent that a change to a ~~applied to any remedy selected ~~remedy at a site in one of DER=s remedial programs is necessary as provided in DER-2, as applicable, the Soil Cleanup Objectives (SCOs) may be considered in the evaluation of appropriate changes to the selected remedy. For sites in other programs, applicable regulations and guidance must be used.~~

## III. Purpose and Background

DEC has a number of different remedial programs that were developed over time based on separate and distinct authorities. These programs use different procedures to determine the extent of soil cleanup necessary to satisfy the remedial program goals. The purpose of this document is to set forth how soil cleanup levels are selected for the different programs.

Legislation establishing New York State=s Brownfield Cleanup Program (Article 27, Title 14 of the Environmental Conservation Law [ECL]) required DEC, in consultation with the New York State Department of Health (NYSDOH), to develop an approach for the remediation of contamination at brownfield sites. The resulting regulation includes seven sets of SCOs. Four sets provide for the protection of public health for different land uses (residential, restricted residential, commercial, and industrial); two sets provide for the protection of other resources (groundwater and ecological resources); and one set includes SCOs for protection of public health and the environment for all uses (unrestricted use).

With the promulgation of the SCOs, it is necessary to discuss how the SCOs, and soil cleanup levels generally, are arrived at for a specific site. Some key definitions in understanding how cleanup levels for soil are arrived at follow.

**Feasible**, which means suitable to site conditions, capable of being successfully carried out with available technology, implementable and cost effective [see 6 NYCRR 375-1.2(s)].

**Presumptive remedy**, which means a technology or technique where experience has shown the remedy to be a proven solution for specific types of sites and/or contaminant classes [See *DER-15: Presumptive/Proven Remedial Technologies* February 27, 2007. Refer to Section VI, Related References.]

**Soil cleanup level**, which means the concentration of a given contaminant for a specific site that must be achieved under a remedial program for soil. Depending on the regulatory program, a soil cleanup level may be based on the regulation [6 NYCRR 375-6.8(a) or (b)], modified from the regulatory value based on site-specific differences, or based on other information, including background levels or feasibility. Soil cleanup levels may include:

- SCOs promulgated at 6 NYCRR 375-6;
- Supplemental Soil Cleanup Objectives (SSCOs);
- a "totals" approach for a family of contaminants known as Polycyclic Aromatic Hydrocarbons (PAHs);

- ~~Presumptive remedy for Polychlorinated Biphenyls (PCBs); and~~
- ~~Nuisance Condition.~~

~~**Soil Cleanup Objective (SCO)**, which means the chemical concentrations for soil cleanup of individual chemicals contained in 6 NYCRR 375-6.8(a) or (b). The SCOs were developed using the process outlined in the Technical Support Document (TSD). The SCOs and the SSCOs defined below are applicable statewide and do not account for many site-specific considerations which could potentially result in higher levels. Soil concentrations that are higher than the SCOs and SSCOs are not necessarily a health or environmental concern. When an SCO (or SSCO) is exceeded, the degree of public health or environmental concern depends on several factors, including the magnitude of the exceedance, the accuracy of the exposure estimates, other sources of exposure to the contaminant, and the strength and quality of the available toxicological information on the contaminant.~~

~~**Supplemental Soil Cleanup Objective (SSCO)**, which means a) an existing soil cleanup level for a contaminant which had been included in former TAGM 4046 and was not included in 6 NYCRR 375-6; b) has been developed using the same process used for development of the SCOs; and c) new cleanup levels for soil~~ ~~developed~~ approved ~~by~~ ~~the remedial party following the approach detailed in Appendix E of the TSD. The TSD provides information relative to the development of cleanup objectives for soil that are not set forth in 6 NYCRR 375-6. Cleanup objectives that have been established at the direction of DEC or the election of remedial parties are included in Table 1.~~

~~**Technical Support Document (TSD),** which refers to the document dated December 2006 detailing the development of the SCOs that were promulgated in 6 NYCRR 375-6. It provides the technical background and provides a detailed discussion of the considerations for development of the SCOs for the different land uses and exposure pathways. The TSD is available on DEC's website [see Section VI, Related References].~~

~~The purpose of this guidance is NOT to focus on media other than soil. Accordingly, the remedial program may require remedial activities to address media other than soil (e.g., groundwater, surface water, sediment, and vapor). Applicable guidance should be consulted for media other than soil. This guidance is to be used in conjunction with the applicable statutes, regulations and guidance. Site-specific soil cleanup levels, determined in accordance with this guidance, are only applied~~ DEC after~~:~~

- ~~the site, or area of concern, is fully investigated to determine the nature and extent of contamination;~~
- ~~all sources of contamination are addressed consistent with the hierarchy provided in 6 NYCRR 375-1.8(c) or consistent with the RCRA Corrective Action Program (as appropriate);~~
- ~~groundwater, if contaminated, has been evaluated for appropriate remedial actions consistent with 6 NYCRR 375-1.8(d) or consistent with the RCRA Corrective Action Program (as appropriate); and~~

~~an evaluation of impacts on adjacent residential properties, surface water, aquatic ecological resources, as well as indoor air, soil vapor, vapor intrusion and other appropriate media.~~ the effective date of this policy.

## IV. ~~Responsibility~~**Procedure:**

~~The responsibility for maintaining and updating this policy lies with DER. DEC staff are responsible for implementing this policy, with input (as applicable) from NYSDOH.~~

~~V. Procedures~~

## A. General Approaches to the Selection of Soil Cleanup Levels

The determination of soil cleanup levels for a site is dependent on:

- ~~1.~~ The regulatory program pursuant to which the site is being addressed;
- ~~2.~~ Whether the groundwater beneath or down gradient of the site is, or may become contaminated with site-related contaminants;
- ~~3.~~ Whether ecological resources constitute an important component of the environment at or adjacent to a site, and which are, or may be, impacted by site-related contaminants; and
- ~~4.~~ Other impacted environmental media such as surface water, sediment, and soil vapor.

After fully evaluating the nature and extent of soil contamination associated with a site, the soil cleanup levels will be based on one, or a combination of, the following four approaches.

**Approach 1: Utilize ~~the~~Unrestricted Use ~~Soil Cleanup Objectives~~ ~~[see 6 NYCRR Table 375-6.8(a)]. Under this approach, the~~SCOs.** Soil cleanup levels ~~will be~~are established consistent with the SCOs set forth in 6 NYCRR ~~Table~~ 375-6.8(a). For contaminants of concern which are not included in the rule, DEC may direct development of a soil cleanup level which is protective of public health and the environment without restrictions following the procedure outlined in Appendix E of the TSD. Under this approach, the unrestricted SCOs are applied throughout the soil matrix to the top of bedrock ~~(,~~ including the saturated zone~~)~~.

**Approach 2: Utilize the Restricted Use ~~Soil Cleanup Objectives~~ ~~[see 6 NYCRR Table 375-6.8(b)]. Under this approach,~~SCOs.** Soil cleanup levels ~~will be~~are established consistent with the SCOs set forth in 6 NYCRR ~~Table~~ 375-6.8(b)~~)~~, selecting the lowest SCO in the categories described in A through C below. Generally, after source removal, the soil cleanup levels ~~do not~~ need to be achieved to ~~more than~~ 15 feet below ground surface or to the top of bedrock, whichever is shallower.

> A. Select the applicable land use category ~~for the protection of public health (,~~ residential, restricted residential, commercial, or industrial~~);,~~ for the protection of public health;

B. Determine if the SCOs for the protection of groundwater are applicable (~~see~~ Section V.D); and
C. Determine if the SCOs for the protection of ecological resources are applicable (~~see~~ Section V.C).

**Approach 3: Limited Site-Specific Modifications to ~~Soil Cleanup Objectives.~~SCOs.** This ~~approach~~ allows for consideration of site-specific information to modify the SCOs promulgated in 6 NYCRR ~~Tables~~ 375-6.8 (a) and (b) following the approach detailed in Appendix E of the TSD. The equations and basic methodology specified for calculating the 6 NYCRR 375-6.8 (a) and (b) values may not be modified under this approach. However, in instances where site-specific parameters were used in the calculation of the SCOs, site data different from the assumptions used to calculate the SCOs may be used to modify the soil cleanup levels for a specific site. These instances are very limited and occur only in certain pathways that are listed below.

- Protection of groundwater pathway
- Particulate inhalation pathway
- Volatile inhalation pathway
- Protection of ecological resources pathway

~~It should be noted that~~ Even if site-specific data modifies these pathways, it may not ~~result in~~justify modifying the SCOs because the lowest value from all applicable pathways is used to determine each SCO. The inhalation pathway is very seldom the controlling pathway in the determination of the protection of public health. The specific parameters that can be modified are identified in Appendix E of the TSD~~(e.g.,~~ for example, inhalation dispersion terms, fraction of organic carbon in soil, etc~~.)~~.

The remedial party should consider the cost of collecting the data necessary to support a request to modify the SCOs with the potential for deriving a higher SCO that provides an appropriate level of protection. The remedial party may be required to submit additional data to support the use of modified SCOs. Once DEC approves one or more modified SCOs, they are applied in the manner described under Approach 2.

**Approach 4: Site-Specific ~~Soil Cleanup Objectives. Under this approach,~~SCOs.** The remedial party may propose site-specific cleanup levels or approaches for soil which are protective of public health and the environment based on other information. This approach sets forth a flexible framework to develop soil cleanup levels by allowing the remedial party to conduct a more detailed evaluation of site ~~information in an effort~~data to calculate ~~protective~~ soil cleanup levels or approaches that are unique to a site. ~~Under this approach~~Thus, the remedial party may:

- o propose a remedy that does not include specific soil cleanup levels ~~(,~~ e.g., excavate the top 6 feet in an area extending 75 feet in all directions from boring B12~~);~~;
- o modify the input parameters used in the SCO calculations;
- o use site data to improve or confirm predictions of exposures to receptors to contaminants of concern;

- o  analyze site-specific risks using risk assessments;
- o  use toxicological information available from alternate sources;
- o  or consider site background

and historic fill. Data supporting these site-specific adjustments or use of alternate methodologies must also be provided to DEC for review and approval to ensure that the resulting soil cleanup levels are protective.

The Approach 4 framework leaves DEC with discretion to determine whether a different approach is appropriate for the site and, if a different approach is to be used, the proper method of implementation. The remedial party should consider the cost of collecting the data necessary to develop site-specific soil cleanup levels (or approaches) with the potential for deriving a soil cleanup level which is higher than a particular SCO and which provides an appropriate level of protection. The remedial party may also be required to submit additional data to support the use of methodologies in the calculation of site-specific soil cleanup levels or to support the proposed approach.

## B. Application of Soil Cleanup Levels for the Specific Remedial Programs

.Soil cleanup levels are determined on a site-specific basis depending on the program under which the site is being remediated. In some cases (e.g., such as BCP Track 1 or Track 2), the soil cleanup levels are the SCOs taken directly from 6 NYCRR 375-6. In other cases, soil cleanup levels may be derived from the Part 375 SCOs but modified based on other information. In yet other cases, the soil cleanup levels may have no relationship or connection to the SCOs, but rather be developed in accordance with DEC-approved methodologies or approaches.

**1. Inactive Hazardous Waste Disposal Site Remedial Program (State Superfund Program):** The goal of the remedial program for a specific site is to restore that site to pre-disposal conditions, to the extent feasible. The unrestricted use SCOs are considered to be representative of pre-disposal conditions unless an impact to ecological resources has been identified (see 6 NYCRR 375-2.8(b)(2)). However, it must be recognized that achievement of achieving this goal may not be feasible in every case. At a minimum, all remedies must be protective of public health and the environment. The following procedure is used to determine the most feasible remedy.:

(a) The remedial party shall evaluate, and, if feasible, implement a cleanup utilizing Approach 1 (, the application of unrestricted use SCOs).; or,

(b) Where DEC determines that achieving unrestricted SCOs is not feasible as documented in a feasibility study, the remedial party may evaluate alternatives to remediate the site to the greatest extent feasible (see DER-10: Technical Guidance for Site Investigation and Remediation, Chapter 4.3). [See Section VI, Related References.], NYSDEC 2010 or most recent revision). In this event, the remedial party may propose soil cleanup levels in accordance with any of the general approaches. However, when considering restricted use soil cleanup levels, the remedial party should apply the least restrictive use category feasible. For purposes of this discussion, residential use is the least restrictive use and industrial use is the most restrictive category. This process starts with

consideration of residential use, followed by restricted residential use, commercial use, and then industrial use. The evaluation proceeds through the different land uses until a feasible remedy is found. This evaluation is not bound to the SCOs in regulation or SSCOs set forth in this guidance but may result in a site-specific soil cleanup level that is between the SCOs or soil cleanup level for two different land uses ~~(e.g.,~~ such as above ~~the~~ restricted residential ~~sco~~SCOs and below ~~the~~ commercial ~~SCO).~~SCOs.

**2. Brownfield Cleanup Program.** The remedy shall be fully protective of public health and the environment, including, but not limited to~~,;~~ groundwater according to its classification pursuant to ECL§ 17-0301~~,;~~ drinking water~~,;~~ surface water~~, air (including;~~ indoor and outdoor air~~,;~~ sensitive populations ~~(,~~ including children~~),;~~ and ecological resources ~~(,~~ including fish and wildlife~~).~~. Soil cleanup levels corresponding to the cleanup track under which the site is being remediated are required to be met. The four cleanup tracks are:

Track 1: Cleanups pursuant to this track must achieve unrestricted use of the site. This track requires that the remedial party implement a cleanup utilizing Approach 1. ~~Institutional and engineering controls are allowed only for periods of less than five years (defined as short-term controls) except in the limited instance where a volunteer has conducted remedial activities resulting in a bulk reduction in groundwater contamination to asymptotic levels.~~

Track 2: Cleanups pursuant to this track may consider the current, intended, or reasonably anticipated future use in determining the appropriate cleanup levels for soil. This track follows Approach 2 and requires that the remedial party implement a cleanup that achieves the SCOs in the tables in 6 NYCRR 375-6.7(b) for the top 15 feet of soil ~~(or~~ to bedrock if bedrock is less than 15 feet~~). This track follows approach 2.~~ deep. Institutional and engineering controls are allowed for ~~soil (for~~ the top 15 feet of soil or to bedrock if bedrock is less than 15 feet~~)~~ for less than five years ~~(,~~ defined as short-term controls~~).~~. Institutional and engineering controls which limit site use, and the use of onsite groundwater can be used without regard to duration. Track 2 cleanups at restricted residential, commercial, or industrial use sites require site management plans to ensure that material removed from the site ~~(during~~ post remedial action~~)~~ activities is managed appropriately and to ensure that any buffer zone protecting adjacent residential use sites or ecological resources is maintained.

Track 3: Cleanups pursuant to this track may consider the current, intended, or reasonably anticipated use in determining the appropriate cleanup levels for soil. This track requires that the remedial party implement a cleanup utilizing Approach 3 ~~for those SCOs~~in which the remedial party seeks to modify an established SCO. Institutional and engineering controls are allowed for ~~soil (~~the top 15 feet of soil or to bedrock if bedrock is less than 15 feet deep. Institutional and engineering controls are allowed for the top 15 feet of soil or to bedrock if bedrock is less than 15 feet~~)~~ deep for less than ~~5~~five years ~~(defined as short-term controls).~~. Institutional and engineering controls which limit site use, and which limit the use of on-site groundwater can be used without regard to duration. Track

3 cleanups at restricted residential, commercial, or industrial use sites require site management plans to ensure ~~that~~appropriate management of material removed ~~from the site (~~post ~~remedial action)is managed appropriately~~remediation and to ensure that ~~any~~ buffer ~~zone~~zones protecting adjacent residential use sites or ecological resources ~~is~~are maintained.

Track 4: Cleanups pursuant to this track may consider the current, intended, or reasonably anticipated use in determining the appropriate cleanup levels for soil. This track allows for the development of site-specific soil cleanup levels below the cover system in accordance with Approach 4. Track 4 remedies must address all sources as a component of the remedy. Short- and long-term institutional and engineering controls are allowed to achieve protection of public health and the environment. The remedy under Track 4 must provide a cover system over exposed residual soil contamination. Surface soils which are not otherwise covered by structures such as buildings, sidewalks, or pavement ~~(i.e., exposed surface soils)~~ must be covered with soil that complies with the use -based SCOs in 6 NYCRR ~~Table~~ 375-6.8(b) ~~levels~~ for the top one foot ~~(non-residential~~for commercial or industrial uses) or top two feet ~~(for~~ restricted residential use~~)~~.

**3. Environmental Restoration Program~~:~~.** The goal of the program for a specific site is to select a remedy that is protective of public health and the environment, including, but not limited to, groundwater according to its classification pursuant to ECL § 17-0301~~;~~; drinking water~~,~~; surface water ~~and air (including~~; indoor and outdoor air~~)~~; sensitive populations ~~(~~, including children)~~;~~ and ecological resources ~~(~~, including fish and wildlife~~)~~. At a minimum, the remedy selected shall eliminate or mitigate all significant threats to public health and to the environment presented by contaminants disposed at the site through the proper application of scientific and engineering principles. Soil cleanup levels may be developed in accordance with Approaches 1 – 4 without restriction.

~~4. Voluntary Cleanup Program: The goal of the program for a specific site is to select a remedy that is protective of public health and the environment for the contemplated use. The soil cleanup levels may be developed in accordance with Approaches 1 – 4 without restriction.~~

~~5.~~**4. Petroleum Spill Response Program~~:~~.** The ~~goal~~objective of the Petroleum Spill Response Program is ~~to achieve~~the restoration of the environment to its pre-spill conditions [as described in 6 NYCRR 611.6(a)(4)~~]~~.), giving priority to minimizing environmental damage. Remedial activities under this program shall be undertaken relative to the petroleum contamination that was released along with any co-mingled contamination from other sources. The remedial party shall achieve, to the extent feasible, ~~the~~ unrestricted SCOs for petroleum-related contaminants listed in 6 NYCRR ~~Table~~ 375-6.8(a). For petroleum contaminants not included in 6 NYCRR ~~Table~~ 375-6.8(a) ~~(discussed in~~ Section E ~~below~~), the remedial party shall apply, to the extent feasible, the soil cleanup levels provided in Table 1. For ease of implementation, two ~~lists~~tables of petroleum contaminants ~~(Gasoline and Fuel Oil, Tables 2 and 3)~~ are attached (Tables 2, 3). The tables combine the applicable petroleum -related SCOs from 6 NYCRR 375-6.8(a) and the applicable petroleum related

SSCOs from Table 1. Where DEC determines that it is not feasible to achieve the soil cleanup levels as set forth in this paragraph, the remedial party may propose soil cleanup levels ~~in accordance with~~using any of the general approaches. However, when considering restricted use soil cleanup levels, the remedial party should apply the least restrictive use category feasible.

For purposes of this ~~discussion~~guidance, residential use is the least restrictive ~~use,~~category and industrial use is the most restrictive ~~category~~. This process starts with consideration of residential use, followed by restricted residential use, commercial use, and then industrial use. The evaluation proceeds through the different land uses until a feasible remedy is found. If the protection of groundwater or ecological SCOs apply, the ~~lower of the applicable protection of the public health SCO or the applicable protection of groundwater or ecological SCO should be achieved to the extent feasible.~~lowest of the applicable SCOs apply. This evaluation is not bound to the SCOs in regulation or the SSCOs set forth in this guidance but may result in a site-specific soil cleanup level that is between the SCOs or soil cleanup level for two different land uses ~~(e.g.,~~ such as above ~~the~~ restricted residential ~~SCO~~SCOs and below ~~the~~ commercial ~~SCO).~~SCOs.

~~6~~5. **RCRA Corrective Action Program**~~:~~. The RCRA program ~~was promulgated to regulate~~, administered by the DEC Division of Materials Management, regulates facilities that actively manage hazardous waste. ~~DER administers~~The goal of the RCRA Corrective Action Program~~, with a goal of achieving~~ is to achieve soil cleanup levels at Solid Waste Management Units (SWMUs) and ~~Areas of Concern (~~AOCs~~)~~ that eliminate risks to public health and the environment ~~(i.e., clean~~by cleaning the site to unrestricted use~~)~~ or that control ~~said~~ risks ~~(i.e., clean~~by cleaning the site ~~or unit(s)~~, to the extent feasible, to the lowest possible ~~soil cleanup objective~~SCO, regardless of site use~~), to the extent feasible. .~~ This goal ~~takes into account~~considers that certain units at the facility may be permitted to manage hazardous waste under ~~New York State's~~NYS Hazardous Waste Management (HWM) regulations (6 NYCRR Part 373, NYSDEC 2006). The requirements of active HWM facilities, as well as the site's history, will be considered when soil cleanup levels are determined. Selected remedies must be protective of public health and the environment. Soil cleanup levels will be selected using the following procedure~~.~~:

> (a) The remedial party shall evaluate, and if feasible, implement a cleanup utilizing Approach 1. Under this approach, the unrestricted SCOs apply to the entire soil matrix to the top of bedrock. For contaminants not listed in 6 NYCRR 375-6, a new or existing SSCO may be used~~.~~; or,
>
> (b) If DEC determines that achieving unrestricted SCOs is not feasible, the remedial party may evaluate other alternatives to remediate the site. In this event, the remedial party may propose soil cleanup levels in accordance with any of the general approaches. However, when considering restricted use soil cleanup levels, the remedial party shall apply the use category which is both feasible and least restricted. For purposes of this discussion, residential use is the least restricted category and industrial use is the most restricted category. A soil cleanup level between two different land uses ~~(e.g., residential and restricted residential) may be determined to~~may be feasible, and if selected, must be achieved.

Any soil cleanup levels specified in regulation (i.e., 6 NYCRR 373-2.6(b)-(k) for "regulated units" as defined in 6 NYCRR 373-2.6 (a)(1)(ii)) or in a DEC enforceable document (6 NYCRR Part 373 permits, Consent Orders, etc.) shall take precedence over the soil cleanup levels which could be established through use of this document.

## C. Determination of Whether Ecological Resources SCOs Apply to a Site

~~.~~SCOs developed to protect ecological resources (ESCOs) are incorporated in the Unrestricted Use SCO in 6 NYCRR ~~Table~~ 375-6.8(a) and are included as a separate category in 6 NYCRR ~~Table~~ 375-6.8(b). For contaminants of concern which do not have a calculated ESCO in regulation, DEC may direct the remedial party to develop a soil cleanup level which is protective of ecological resources where appropriate, based on the process outlined in Appendix E of the TSD.

The presence of ecological resources and ~~any impact~~impacts to those resources will be assessed during the remedial investigation. For sites where there ~~is the~~are potential ~~for an ecological resource impact~~impacts to ~~be present, or where it is likely to be present, an assessment of~~ecological resources, a Fish and Wildlife ~~resource impacts~~Impact Analysis (FWIA) will be ~~performed~~completed. For sites in DER's SSF, BCP, VCP, and ERP, the assessment will be ~~performed~~completed in accordance with ~~DEC=s~~DEC's guidance, Fish and Wildlife Impact Analysis for Inactive Hazardous Waste Sites~~, October,~~ (NYSDEC 1994~~,~~)~~,~~ as described in DER-10, Section 3.10. For sites in the RCRA Corrective Action Program, the assessment will be ~~performed~~completed using the above referenced ~~fish and wildlife impact analysis~~FWIA document as guidance, and by consulting with appropriate personnel in ~~DEC=s~~DEC's Division of Fish~~,~~ and Wildlife and/or Division of Marine Resources.

Soil cleanup levels which are protective of ecological resources must be considered and applied~~, as appropriate,~~ for the upland soils (~~,~~ not ~~sediment~~sediments, at sites where DEC determines, based on the foregoing analysis, that:

- ecological resources are present, or will be present, under the reasonably anticipated future use of the site, and such resources constitute an important component of the environment at, or adjacent to, the site;
- an impact or threat of impact to the ecological resource has been identified; and
- contaminant concentrations in soil exceed the ESCOs as set forth in 6 NYCRR 375-6.8(b) or the Protection of Ecological Resources SSCOs ~~contained in this document.~~(Table J.1).

Sites or portions thereof that will be covered by buildings, structures, or pavement are not subject to the ESCOs. Further, ecological resources do not include pets, livestock, agricultural or horticultural crops, or landscaping in developed areas.~~ (See~~ (6 NYCRR 375-6.6 ~~for more detail.)~~)

## D. Determination of Whether Protection of Groundwater SCOs Apply

SCOs developed to protect groundwater are incorporated in the Unrestricted Use SCOs in 6 NYCRR ~~Table~~ 375-6.8(a) and are included as a separate category in 6 NYCRR ~~Table~~ 375-6.8(b). For contaminants of concern which do not have a protection of groundwater SCO, DEC may direct the remedial party to develop a soil cleanup level which is protective of groundwater using the process in Appendix E of the TSD.

1. ~~1.~~ Except as provided for in (2) below, the protection of groundwater SCOs will be applicable where:

   (i) ~~(i)~~ contamination has been identified in on-site soil by the remedial investigation; and
   (ii) ~~(ii)~~ groundwater standards are, or are threatened to be, contravened by the presence of soil contamination at concentrations above the protection of groundwater SCOs.

2. ~~2.~~ DEC may provide an exception to the applicability of the protection of groundwater SCOs, as set forth in 6 NYCRR 375-6.5(a)(1), when (i), (ii), and (iii) exist and either (iv) or (v) also apply, as described below~~.~~:

   (i) ~~(i)~~ The groundwater standard contravention is the result of an on-site source which is addressed by the remedial program~~.~~;
   (ii) ~~(ii)~~ An environmental easement or other institutional control will be put in place which provides for a groundwater use restriction~~.~~;
   (iii) DEC determines that contaminated groundwater at the site:
      (a) is not migrating~~, nor~~ and is not likely to migrate, off-site; or
      (b) is migrating~~,~~ or is likely to migrate, off-site; however, the remedy includes active groundwater management to address off-site migration~~.~~;
   (iv) DEC determines the groundwater quality will improve over time~~.~~; or,
   (v) The groundwater contamination migrating from the site is the result of an off-site source of contamination, and site contaminants are not contributing consequential amounts to the groundwater contamination.

3. ~~3.~~ In determining whether to provide the exemption set forth in subparagraph 2 above, DEC will consider:

   (i) ~~(i)~~ all ~~of~~ the remedy selection criteria at 6 NYCRR 375-1.8(h) or in the RCRA Corrective Action program;
   (ii) ~~(ii)~~ the amount of time that the groundwater will need to be actively managed for the protection of public health and the environment; and
   (iii) ~~(iii)~~ the potential impact that groundwater contamination may have on media not specifically addressed by the SCOs ~~(e.g.,~~ including vapor intrusion, protection of surface water, and protection of aquatic ecological resources~~)~~.~~,~~

# E. Supplemental Soil Cleanup Objectives

~~.~~ SSCOs are either existing cleanup levels in Table 1 or are new soil cleanup levels developed by the remedial party as part of its remedial program. These SSCOs are in addition to the SCOs that are included in Part 375.

- Existing SSCOs: The ~~Table 1~~ list of SSCOS in Table 1 includes contaminants from former TAGM 4046 ~~that were not included in 6 NYCRR 375-6.8 and soil cleanup levels developed using the process detailed in Appendix E of the TSD but not promulgated. For those contaminants~~ which ~~were part of the former TAGM 4046, soil cleanup levels exist for the protection of public health (based on ingestion) and for the protection of groundwater. In some cases, to be determined on a site-by-site basis, evaluation of other~~ do not take into consideration factors ~~is likely~~ needed for the protection of public health, especially when the use of a site includes residential use. These other factors include other exposure pathways (e.g., homegrown vegetable ingestion, inhalation, and dermal contact), potential non-site exposures to the contaminant, and current toxicological data on the contaminant. ~~In these instances, DEC (in consultation with NYSDOH) will determine if the additional factors~~ As such, those cleanup levels have been ~~adequately addressed. The SSCOs identified in~~ removed from Table 1 ~~(subject~~ and will be reevaluated in future revisions ~~to the limitation described above) may be used as if they were included in Part 375. A remedial party is not required to use the SSCOs set forth in Table 1. In lieu of applying an SSCO, the remedial party may elect to develop a soil cleanup level (using the process described in Appendix E of the TSD and discussed below.)~~ this policy. Table 1 also includes SSCOs that were developed for some pathways using the same process detailed in the TSD. ~~A remedial party may elect to use those SSCOs directly or confirm that the calculated value for that pathway is correct~~ However, since that process is not consistent with the current SCO's, those values have also been removed and will be reevaluated. Protection of groundwater values have been recalculated using the process outlined in the TSD.
- New SSCOs: The remedial party may elect to, or DEC may direct a remedial party to, develop a contaminant-specific SCO for any contaminant not included in 6 NYCRR ~~Tables~~ 375-6.8(a) or (b). Generally, DEC will request that an SCO be developed only where the contaminant is a ~~predominant~~ contaminant of concern ~~(COC)~~ at the site and is not otherwise being addressed to ~~DEC=s~~ DEC's satisfaction as part of the proposed remedy. This could happen, for example, when a remedial party is seeking a Track 1 cleanup and non-SCO/SSCO contaminants are present and may not be satisfactorily addressed by the remedial activities ~~addressing the SCOs or SSCOs.~~. Guidance on the process for developing new SCOs is provided in Appendix E of the TSD. DEC will include all newly developed soil cleanup levels~~,~~ developed and approved pursuant to this paragraph in a revised Table 1. The developed SSCO must:

  1. be developed utilizing the same methodologies that were used by DEC to develop SCOs that are set forth in Part 375; and
  2. apply the maximum acceptable soil concentrations ~~(caps),~~ as set forth in section 9.3 of the TSD.

## F. Use of SCOs and SSCOs as a Screening Tool

.The SCOs and SSCOs may be used to identify areas of soil contamination and to determine the extent of soil contamination. As noted in Section V.~~K~~L, consideration of other media is required to determine if remedial action is needed. in the following circumstances:

1. At sites or ~~areas of concern~~AOCs where contaminant concentrations are equal to or below the unrestricted SCOs in 6 NYCRR ~~Table~~ 375-6.8(a), no action or study is warranted because of soil contamination.
2. The exceedance of one or more applicable SCOs or SSCOs, ~~(which is~~ the lower of protection of public health, protection of groundwater, or protection of ecological resources ~~soil cleanup objectives~~SCOs as described in Section III ~~below), alone~~, does not trigger the need for remedial action, define A~~unacceptable@~~ levels of contaminants in soil, or ~~indicates~~indicate that a site qualifies for any DEC remedial program ~~(e.g.,~~ for example BCP~~,~~ or SSF~~).~~. As noted in the definition of SCO above, SCOs and SSCOs are applicable statewide and do not account for many site-specific considerations which could potentially result in higher levels. Therefore, soil concentrations that are higher than the applicable SCOs or SSCOs are not necessarily health or environmental concerns.
3. When an applicable SCO or SSCO is exceeded, the degree of public health or environmental concern depends on several factors, including:

  - ~~magnitude of the exceedance;~~
  - ~~accuracy of the exposure estimates;~~
  - ~~other sources of~~the number of samples that exceed applicable standards, criteria, or guidance, as presented in the investigation report;
  - the magnitude by which the concentrations exceed the applicable standards, criteria, or guidance;
  - the magnitude by which the concentrations exceed the site-specific background concentrations;
  - the potential for human or ecological exposure to contaminants present in any media;
  - the potential for a contaminant~~, and~~ to migrate within or off of the site, or to partition into other media; and
  - strength and quality of the available toxicological information on the contaminant.

## G. Soil Cleanup Levels for Nuisance Conditions

.Experience has shown that contaminants in soil that meets the DEC-approved soil cleanup levels can exhibit a distinct odor or other type of nuisance ~~(e.g.,~~such as staining~~).~~. This is true even though the contaminants will not leach from the soil ~~(e.g.,~~ such as certain soils with more insoluble substances at higher concentrations~~).~~. When DEC determines that soil remaining after the remedial action will result in the continuation of a nuisance ~~(e.g., for example,~~ odors, staining, etc~~),~~. DEC will require that additional remedial measures be evaluated~~,~~ and may require additional remedial actions be taken to address the nuisance condition.

## H. Subsurface Soil Cleanup for Total Polycyclic Aromatic Hydrocarbons~~: For non-residential use sites (i.e., commercial or industrial use sites) where the ESCOs are not applicable, DEC may approve a remedial program which achieves a~~

Based on experience with manufactured gas plant (MGP) tar and petroleum, soil ~~cleanup level of~~ that contains greater than 500 parts per million (ppm) ~~for~~of total PAHs should be considered "grossly contaminated media" as defined in DER-10 for all subsurface soil.~~The 500 ppm soil cleanup level is in lieu of achieving all of the PAH-specific SCOs in 6 NYCRR 375-6~~ and must be addressed accordingly. For purposes of this provision, subsurface soil shall mean the soil beneath permanent structures, pavement, or similar cover systems; or at least one foot of soil cover (which ~~must meet~~meets the applicable SCOs)~~.~~. Institutional controls ~~(e.g.,~~such as an environmental easement)~~,~~ along with a site management plan, will be required when this soil cleanup level is employed at a site. ~~This cleanup level is determined to be feasible and protective based on DEC=s experience in its various remedial programs. This approach has existed in TAGM 4046 since it was first issued in 1992.~~

## I. Soil Cleanup for PCBs~~.~~

PCB cleanups must meet DEC requirements in 6 NYCRR Part 375 and DER-10, and federal requirements found in 40 CFR 761. The presumptive remedy described below is consistent with U.S. Environmental Protection Agency (EPA) requirements for a self-implementing cleanup, as described in 40 CFR 761.61(a). However, DEC has identified the presumptive remedies listed below as being appropriate regardless of whether PCBs were released before or after 1978. Critical information needed for EPA review include:

- Delineation of the nature and extent of PCBs to 1 ppm;
- Evaluation of PCBs in groundwater particularly with respect to offsite migration and provisions for groundwater monitoring during site management, if appropriate;
- The soil cover is to have a permeability less than or equal to the permeability of any natural subsoils present.
- In the case of an orphaned site, DEC has agreed to include in its application to EPA:
    - o a written overview of how DEC plans to proceed with the remedial program and institutional control;
    - o the site's regulatory status giving DEC authority to proceed; and
    - o a summary of the site ownership, designating it as an orphaned site, since it is unlikely an environmental easement can be placed until there is a change of ownership.

DEC may approve a remedial program which achieves a soil cleanup level for PCBs as set forth herein:

1. ~~1.~~ For Non-BCP sites: An acceptable presumptive remedy for ~~soil~~restricted residential and commercial use sites where neither ~~the~~ unrestricted SCOs nor~~the~~ ESCOs are applied in the remedial program may include a soil cleanup level for PCBs of 1 ppm in the surface soils and 10 ppm in subsurface soils. For residential use sites, an acceptable presumptive remedy for soil may include a soil cleanup level of 1 ppm for all soil above bedrock, as limited by 375-3.8e(2)(iii).

2. ~~2.~~ For BCP sites:
   a. For track 1 cleanups, the presumptive remedy for soil would be a soil cleanup level of 0.1 ppm for all soil above bedrock.
   b. For track 2 and 3 cleanups where site use will be residential, restricted residential, or commercial, and where ESCOs do not apply, an acceptable presumptive remedy for soil may include a soil cleanup level of 1 ppm for all soil above bedrock, as limited by 375-3.8(e)(2)(iii).
   c. For track 4 cleanups where site use will be restricted residential, commercial, or industrial, and where ESCOs do not apply, an acceptable presumptive remedy for soil may include a soil cleanup level for PCBs ~~of 1 ppm (~~the applicable SCO~~)~~ of 1 ppm in the surface soils and 10 ppm in subsurface ~~in limited circumstances as follows:~~

   - ~~cleanup track is Track 4;~~
   - ~~site use will be restricted residential, commercial or industrial; and~~
   - ~~ESCOs do not apply.~~

~~3. At~~
~~2.~~3. For industrial use sites~~, a level:~~ The industrial use SCO in Part 375 of 25 ppm ~~for PCBs provided~~is consistent with EPA's low occupancy cleanup criteria, which requires that access is limited, and individual occupancy is restricted to less than an average of 6.7 hours per week. If an industrial site does not meet this low occupancy requirement, then the cleanup criteria of 25 ppm will not meet EPA's "self-implementing" cleanup criteria, which may require a cleanup consistent with Sections 1 and 2 or review and approval by EPA of a risk-based cleanup.

For purposes of this provision, subsurface soil shall mean~~:~~:
- soil beneath permanent structures, pavement, or similar cover systems;
- soil beneath 1 foot of soil cover for commercial and industrial uses; or
- soil beneath 2 feet of soil cover for ~~residential and~~ restricted residential uses.

Institutional controls (~~i.e.,~~such as an environmental easement)~~,~~, revised as necessary to comply with 40 CFR 761, along with a site management plan~~,~~ will be required when this soil cleanup level is employed at a site. ~~As with all presumptive remedies, just because~~ A remedy ~~is~~being presumptive does not necessarily mean that it will work at every site. For example, this presumptive remedy for PCBs in soil is not applicable at most landfills. This cleanup level is determined to be feasible and protective based on ~~DEC=s~~DEC's experience in its various remedial programs. ~~Further, this approach has existed in TAGM 4046 since it was first issued in 1992.~~

~~I.~~
# J. Soil Cleanups for Per and Poly Fluorinated Alkyl Substances

## 1. Soil Guidance Values
Until SCOs for per- and polyfluorinated alkyl substances (PFAS) such as perfluorooctanoic acid (PFOA) and perfluorooctane sulfonic acid (PFOS) are

established in Part 375, the extent of contaminated media potentially subject to remediation should be determined on a case-by-case basis using the procedures discussed below and the criteria in DER-10. The following are to be used as guidance values. Details on the development of these guidance values can be found in Appendix A.

| Guidance Values for Anticipated Site Use | PFOA (ppm) | PFOS (ppm) |
|---|---|---|
| Unrestricted | 0.00066 | 0.00088 |
| Residential | 0.0066 | 0.0088 |
| Restricted Residential | 0.033 | 0.044 |
| Commercial | 0.5 | 0.44 |
| Industrial | 0.6 | 0.44 |
| Protection of Groundwater | 0.0008 | 0.0010 |

2. **Protection of Ecological Resources Screening Value:** The impact of PFAS on ecological resources is being researched. Current research demonstrates that in addition to direct toxicity, some PFAS readily bioaccumulate, potentially impacting exposed organisms or predators that consume exposed individuals (Ankley et al. 2021; Grippo et al. 2021; Zodrow et al. 2021). As research advances, an ESCO consistent with the requirements of NYCRR Part 375 will be developed. In the interim, DEC proposes to use a literature-based value to screen surficial soils for potential impact to fish and wildlife resources. Details on the development of these guidance values can be found in Appendix A.

| Screening Values | PFOA (ppm) | PFOS (ppm) |
|---|---|---|
| Ecological | 0.57 | 0.0087 |

3. **Testing for Imported Soil:** Testing for PFAS should be included any time a full Target Compound List/Target Analyte List (TAL/TCL) is required. Results for PFOA and PFOS should be compared to the applicable guidance values, which would be the lower of the protection of groundwater or the anticipated site use guidance values. If PFOA or PFOS is detected in any sample at or above the guidance values then the source of backfill should be rejected, unless a site-specific exemption is provided by DER. DER has used synthetic precipitation leading procedure (SPLP) testing to assess protection of groundwater, with leachate concentrations being compared to the ambient water quality guidance values for groundwater.

PFOA, PFOS, and 1,4-dioxane are all considered semi-volatile compounds, so composite samples are appropriate for these compounds when sampled in accordance with DER-10, Table 5.4(e)10. Category B deliverables should be submitted for backfill samples, though a Data Usability Summary Report is not required.

**K.** Sampling and Compliance with Soil Cleanup Levels

.The number of samples to determine if the SCOs have been achieved should be sufficient to be representative of represent the area being sampled. See attached Table 4 for suggested sampling frequency and subdivision 5.4(e) of DER-10 for details. This frequency can be used for confirmatory samples or for backfill. It is DEC=sDEC's goal that all confirmatory samples demonstrate that the remedy has achieved the DEC-approved soil cleanup levels. However, recognizing the heterogeneity of contaminated sites and the uncertainty of sampling and analysis, DEC project manager hasmanagers have limited discretion to determine that remediation is complete where some discrete samples do not meet the soil cleanup levels established for a site. See DER-10 for more information regarding the determination that remediation is complete.

## KL. Other Considerations

.All remedies must be fully protective of public health and the environment and prevent off-site migration to the extent feasible, with special emphasis for the preventionon preventing or minimization ofminimizing migration onto adjacent residential properties or into ecological resources. A remedial party is required to investigate all environmental media, including soil, groundwater, surface water, sediments, soil vapor, indoor air, and biota. (See per 6 NYCRR 375-1.8(a)(6) or the RCRA Corrective Action Program)., This investigation will determine if any of the referenced media are, or may be, impacted by site contamination. However, the SCOs do not directly address these other media.If an investigation shows that alternate media are impacted by site contamination, DEC may require remedial actionsaction to address such media and these impacts, including but not limited to the application of lower soil cleanup levels or buffer zones where it determines, based on the investigation, that any of these media are, or may be, impacted by site contamination.

## V. Responsibility

The responsibility for maintaining and updating this policy lies with DER. DEC staff are responsible for implementing this policy, with input from NYSDOH.

## VI. Related ReferencesDEFINITION OF KEY TERMS:

The following are key definitions in understanding how cleanup levels for soil are applied follow.

**Feasible** means suitable to site conditions, capable of being successfully carried out with available technology, implementable, and cost effective as defined in 6 NYCRR 375-1.2.

**Presumptive remedy** means technologies or approaches appropriate for the remediation of specific types of contamination which, based on historical patterns of remedy selection and DEC's scientific and engineering evaluation of performance data, can be used to accelerate the remedy selection process (6 NYCRR 375-1.2).

**Soil cleanup level** means the concentration of a given contaminant for a specific site that must be achieved under a remedial program for soil. Depending on the regulatory program, a soil cleanup level may be based on the SCOs in 6 NYCRR 375-6.8(a) or (b), modified from the regulatory value based on site-specific differences, or based on other information, including background levels or feasibility. Soil cleanup levels may include:

- SCOs promulgated at 6 NYCRR 375-6;
- Supplemental Soil Cleanup Objectives (SSCOs);
- "Totals" approach for a family of contaminants known as Polycyclic Aromatic Hydrocarbons (PAHs);
- Presumptive remedy for Polychlorinated Biphenyls (PCBs); and
- Nuisance Condition.

**Soil Cleanup Objective (SCO)** means the chemical concentrations for soil cleanup of individual chemicals contained in 6 NYCRR 375-6.8(a) or (b). The SCOs were developed using the process outlined in the Development of Soil Cleanup Objectives: Technical Support Document (TSD; NYSDEC 2006). The SCOs and the SSCOs defined below are applicable statewide and do not account for many site-specific considerations which could potentially result in higher concentration. Soil concentrations that are higher than the SCOs and SSCOs are not necessarily a health or environmental concern. When an SCO or SSCO is exceeded, the degree of public health or environmental concern depends on several factors, including the magnitude of the exceedance, the accuracy of the exposure estimates, other sources of exposure to the contaminant, and the strength and quality of the available toxicological information on the contaminant.

**Supplemental Soil Cleanup Objective (SSCO)** means an existing soil cleanup level for a contaminant which:

- was included in former TAGM 4046 and was not included in 6 NYCRR 375-6;
- was developed using the same process used for development of the SCOs; or
- is a new cleanup levels for soil developed by the remedial party following the approach detailed in Appendix E of the TSD.

**Technical Support Document (TSD)** means the 2006 document detailing the development of the SCOs that were promulgated in 6 NYCRR 375-6. It provides technical background and a detailed discussion of the considerations used when developing the SCOs for each land use and exposure pathway. The TSD is available on DEC's website at: https://extapps.dec.ny.gov/docs/remediation_hudson_pdf/techsuppdoc.pdf

The TSD provides information relative to the development of cleanup objectives for soil that are not set forth in 6 NYCRR 375-6. Cleanup objectives that have been established at the direction of DEC or the election of remedial parties are included in Table 1. The purpose of this guidance is NOT to focus on media other than soil. Accordingly, the remedial program may require remedial activities to address media other than soil, such as groundwater, surface water, sediment, and soil vapor. Applicable guidance should be consulted for media other than soil. This guidance is used in conjunction with the applicable statutes, regulations, and

guidance. Site-specific soil cleanup levels, determined in accordance with this guidance, are only applied after:

- the site, or AOC, is fully investigated to determine the nature and extent of contamination;
- all sources of contamination are addressed consistent with the hierarchy provided in 6 NYCRR 375-1.8(c) or in the RCRA Corrective Action Program;
- groundwater, if contaminated, has been evaluated for appropriate remedial actions consistent with 6 NYCRR 375-1.8(d) or the RCRA Corrective Action Program; and
- an evaluation of impacts on adjacent residential properties; surface water; aquatic ecological resources; indoor air, soil vapor, and vapor intrusion; and other appropriate media.

## VII. RELATED REFERENCES:

Ankley GT, Cureton P, Hoke, R, Houde M, Kumar A, Kurias J, Lanno R, McCarthy C, Newsted J, Salice C, Sample B, Sepúlveda M, Steevens J, Valsecchi S. 2021. Assessing the Ecological Risks of Per- and Polyfluoroalkyl Substances: Current State-of-the Science and a Proposed Path Forward. Environ Toxicol and Chem. 40(3):564–605. https://doi.org/10.1002/etc.4869

Divine C, Zodrow J, Frenchmeyer M, Dally K, Osborn E, Anderson P. 2020. Approach for Assessing PFAS Risk to Threatened and Endangered Species. SERDP Final Report No. ER18-1653.

Grippo M, Hayse J, Hlohowskyj I, Picel K. 2021. Derivation of PFAS Ecological Screening Values. Argonne National Laboratory, Lemont, IL.

Interstate Technology and Regulatory Council. 2022. PFAS – Per- and Polyfluoroalkyl Substances: Physical and Chemical Properties. https://pfas-1.itrcweb.org/4-physical-and-chemical-properties/

National Library of Medicine. Hazard Substances Data Bank. https://www.nlm.nih.gov/toxnet/index.html

New Jersey Department of Environmental Protection. 2013. Development of a Dilution-Attenuation Factor for the Impact to Ground Water Pathway. https://www.nj.gov/dep/srp/guidance/rs/daf.pdf

NYS, Environmental Conservation Law, Article 27, Titles 3, 5, 9, 13 and 14. https://www.nysenate.gov/legislation/laws/ENV/A27

Article 12 of the NYS, Navigation Law, Article 12, Part 2, Section 178. https://www.nysenate.gov/legislation/laws/NAV/A12P2

6 NYCRR Part 375, Environmental Remediation Programs. December 14, 2006.

~~6 NYCRR Subparts 373-1, 373-2 and 373-3, Requirements for Hazardous Waste Management Facilities. September 6, 2006.~~

NYSDEC. 1984. 6 NYCRR Part 611, Environmental Priorities and Procedures in Petroleum Cleanup and Removal. ~~November 5, 1984 (amended).~~(amended) https://www.dec.ny.gov/regs/2490.html

~~Development of Soil Cleanup Objectives: Technical Support Document.~~NYSDEC. 1992. Spill Technology and Remediation Series (STARS) #1, Sections III and IV https://www.dec.ny.gov/regulations/2390.html

NYSDEC. 1994. Fish and Wildlife Impact Analysis for Inactive Hazardous Waste Sites. https://extapps.dec.ny.gov/docs/wildlife_pdf/fwia.pdf

NYSDEC. 1994. Technical and Administrative Guidance Memorandum (TAGM) 4046: Determination of Soil Cleanup Objectives and Cleanup Levels (rescinded)

NYSDEC. 1997. New York State ~~Department~~Guidelines for Urban Erosion and Sediment Control. https://www.dec.ny.gov/chemical/29066.html

NYSDEC. 1998. Petroleum Site Inactivation and Closure Memorandum (rescinded)

NYSDEC. 2006. Development of Soil Cleanup Objectives: Technical Support Document. New York State.

NYSDEC. 2006. 6 NYCRR Part 373, Hazardous Waste Management Facilities. https://www.dec.ny.gov/regs/2491.html

NYSDEC. 2006. 6 NYCRR Part 375, Environmental ~~Conservation. December 14, 2006.~~Remediation Programs. https://www.dec.ny.gov/regs/2491.html

NYSDEC. 2008. DER-2, Making Changes to Selected Remedies.

NYSDEC. 2010. DER-10, Technical Guidance for Site Investigation and Remediation.

NYSDEC. 2020. Addendum to Technical Support Document. https://extapps.dec.ny.gov/docs/remediation_hudson_pdf/part375techsupport.pdf

U. S. EPA. 1992. Supplemental Guidance to RAGS: Calculating the Concentration Term. ~~United States Environmental Protection Agency.~~Publication 9285.7-081.~~May 1992.~~

~~New York State Guidelines for Urban Erosion and Sediment Control. 1997.~~

~~Fish and Wildlife Impact Analysis for Inactive Hazardous Waste Sites. New York State Department of Environmental Conservation. October 1994.~~

Program Policy DER-2, *Making Changes to Selected Remedies*. New York State Department of Environmental Conservation. April 1, 2008.

Program Policy DER-10, *Technical Guidance for Site Investigation and Remediation*. New York State Department of Environmental Conservation. May 3, 2010.

Program Policy DER-15, *Presumptive/Proven Remedial Technologies*. New York State Department of Environmental Conservation. February 27, 2007.

U. S. EPA. 2005. Guidance for Developing Ecological Soil Screening Levels. OSWER Directive 9285.7-55.

U. S. EPA. 2014. Emerging Contaminants – Perfluorooctane Sulfonate (PFOS) and Perfluorooctanoic Acid (PFOA); Emerging contaminants Fact Sheet. https://semspub.epa.gov/work/HQ/100002767.pdf

Zodrow JM, Frenchmeyer M, Dally K, Osborn E, Anderson P, Divine C. 2021. Development of Per and Polyfluoroalkyl Substances Ecological Risk-Based Screening Levels. Environ Toxicol and Chem: 40(3):921–936. https://doi.org/10.1002/etc.4975

## VIII. REVISION HISTORY

| Date | Description of Change | Reviewer |
|---|---|---|
| June 2024 | Add PFOA and PFOS guidance values. Make PCB guidance more consistent with federal requirements, update protection of groundwater SSCO's, temporarily remove direct exposure SSCO's, include an appendix with the basis for SSCO's and guidance values. Various revisions to incorporate needed changes, clarifications, and modifications. | William Ottaway |

## IX. TABLES

1. Supplemental Soil Cleanup Objectives (ppm)
2. Unrestricted Soil Cleanup ~~Levels~~Objectives for Gasoline Contaminated Soils
3. Unrestricted Soil Cleanup ~~Levels~~Objectives for Fuel Oil Contaminated Soils
4. Recommended Number of Soil Samples for Soil Imported to or Exported from a Site

# Table 1. Supplemental Soil Cleanup Objectives (ppm)

| Contaminant | CAS Number | Residential | Restricted Residential | Commercial | Industrial | Protection of Ecological Resources | Protection of Ground-water |
|---|---|---|---|---|---|---|---|
| **METALS** | | | | | | | |
| ~~Aluminum~~ | ~~7429-90-5~~ | | | | | ~~10,000 [a,b]~~ | |
| Antimony | ~~7440B3674~~ ~~40B26.0~~ | | | | | 12[c] | 2.7 |
| Boron | 7440-42-8 | | | | | 0.5 | |
| ~~Calcium~~ | ~~7440-70-2~~ | | | | | ~~10,000 [a,b]~~ | |
| Cobalt | 7440-48-4 | ~~30~~** | | | | 20 | |
| ~~Iron~~ | ~~7439-89-6~~ | ~~2,000~~ | | | | | |
| Lithium | 7439-93-2 | | | | | 2 | |
| Molybdenum | 7439-98-7 | | | | | 2 | |
| Technetium | 7440-26-8 | | | | | 0.2 | |
| Thallium | 7440-28-0 | | | | | 5 [c] | 0.71 |
| Tin | 7440-31-5 | | | | | 50 | |
| Uranium | 7440-61-1 | | | | | ~~5~~0.75 | |
| Vanadium | 7440-62-2 | ~~100[3]~~** | | | | 39[b] | |
| **PESTICIDES** | | | | | | | |
| Biphenyl | 92-52-4 | | | | | 60 | |
| Chlordecone (Kepone) | 143-50-0 | | | | | 0.06 | |
| ~~Dibenzofuran~~ | ~~132-64-9~~ | | | | | | ~~6.2~~ |
| 2,4-D (2,4-Dichloro-phenoxyacetic acid) | 94-75-7 | ~~100[3]~~** | | | | | ~~0.5~~1 |
| Furan | 110-00-9 | | | | | 600 | |
| Gamma Chlordane | 5103-74-2 | ~~0.54~~** | | | | | ~~14~~31 |
| Heptachlor Epoxide | 1024-57-3 | ~~0.077~~** | | | | | ~~0.02~~6 |
| Methoxychlor | 72-43-5 | ~~100[3]~~** | | | | 1.2 | ~~900~~1,000[a] |
| Parathion | 56-38-2 | ~~100[3]~~** | | | | | ~~1.2~~0.5 |

| Contaminant | CAS Number | Residential | Restricted Residential | Commercial | Industrial | Protection of Ecological Resources | Protection of Groundwater |
|---|---|---|---|---|---|---|---|
| 2,4,5-T | 93-76-5 | ~~100~~[a]** | | | | | ~~1.9~~3 |
| 2,3,7,8-TCDD | 1746-01-6 | | | | | 0.000001 | |
| 2,3,7,8-TCDF | 51207-31-9 | | | | | 0.000001 | |
| **SEMIVOLATILE ORGANIC COMPOUNDS** | | | | | | | |
| ~~Aniline~~ | ~~62-53-3~~ | ~~48~~ | ~~100[a]~~ | ~~500[a]~~ | ~~1000[a]~~ | | ~~0.33[b]~~ |
| Bis(2-ethylhexyl) phthalate | 117-81-7 | ~~50~~** | | | | ~~239~~0.13 | ~~435~~555 |
| Benzoic Acid | 65-85-0 | ~~100~~[a]** | | | | | ~~2.7~~0.03 |
| Butylbenzyl-phthalate | 85-68-7 | ~~100~~[a]** | | | | | ~~122~~685 |
| 4-Chloroaniline | 106-47-8 | ~~100~~[a]** | | | | | 0.~~2~~25 |
| Chloroethane | 75-00-3 | | | | | | ~~1.9~~0.08 |
| 2-Chlorophenol | 95-57-8 | ~~100~~[a]** | | | | ~~0.8~~ | |
| 3-Chloroaniline | 108-42-9 | | | | | 20 | |
| 3-Chlorophenol | 108-43-0 | | | | | 7 | |
| Di-n-butyl-phthalate | 84-74-2 | ~~100~~[a]** | | | | 0.014 | ~~8.1~~79 |
| 2,4-Dichlorophenol | 120-83-2 | ~~100~~[a]** | | | | ~~20~~ | 0.~~40~~24 |
| 3,4-Dichlorophenol | 95-77-2 | | | | | 20 | |
| Diethylphthalate | 84-66-2 | ~~100~~[a]** | | | | 100 | ~~7~~4.1 |
| Di-*n*-hexyl-phthalate | 84-75-3 | | | | | 0.91 | |
| 2,4-Dinitrophenol | 51-28-5 | ~~100~~[a]** | | | | 20 | 0.~~2~~0001 |
| Dimethylphthlate | 131-11-3 | ~~100~~[a]** | | | | 200 | ~~27~~1.7 |
| Di-n-octylphthlate | 117-84-0 | ~~100~~[a]** | | | | | ~~120~~1,000[a] |
| 1,2,3,6,7,8-HCDF | 57117-44-9 | | | | | 0.00021 | |
| ~~Hexachloro-benzene~~ | ~~118-74-1~~ | ~~0.41~~ | | | | | ~~1.4~~ |
| 2,6-Dinitrotoluene | 606-20-2 | ~~1.03~~** | | | | | ~~1.0~~25 |
| Isophorone | 78-59-1 | ~~100~~[a]** | | | | | ~~4.4~~2.2 |

| Contaminant | CAS Number | Residential | Restricted Residential | Commercial | Industrial | Protection of Ecological Resources | Protection of Ground-water |
|---|---|---|---|---|---|---|---|
| 4-methyl-2-pentanone | 108-10-1 | | | | | | 1.0 |
| 2-methyl-naphthalene | 91-57-6 | 0.41** | | | | | 36.40.15 |
| 2-Nitroaniline | 88-74-4 | | | | | | 0.433 |
| 3-Nitroaniline | 99-09-2 | | | | | | 0.511 |
| Nitrobenzene | 98-95-3 | 3.7 | 15 | 69 | 140 | 40 | 0.17^b |
| 2-Nitrophenol | 88-75-5 | | | | | 7 | 0.32.9 |
| 4-Nitrophenol | 100-02-7 | | | | | 7 | 0.13.8 |
| Pentachloroaniline | 527-20-8 | | | | | 100 | |
| 2,3,5,6-Tetrachloroaniline | 3481-20-7 | | | | | 20 | |
| 2,3,4,5-Tetrachlorophenol | 4901-51-3 | | | | | 20 | |
| 2,4,5-Trichloroaniline | 636-30-6 | | | | | 20 | |
| 2,4,5-Trichlorophenol | 95-95-4 | 100^a*** | | | | 4 | 0.180 |
| 2,4,6-Trichlorophenol | 88-06-2 | | | | | 10 | |
| **VOLATILE ORGANIC COMPOUNDS** | | | | | | | |
| 2-Butanone | 78-93-3 | 100^a | | | | | 0.3 |
| Carbon Disulfide | 75-15-0 | 100^a*** | | | | | 2.73.3 |
| Chloroacetamide | 79-07-2 | | | | | 2 | |
| Dibromochloro-methane | 124-48-1 | | | | | 10 | |
| 2,4-Dichloro aniline | 554-00-7 | | | | | 100 | |
| 3,4-Dichloroaniline | 95-76-1 | | | | | 20 | |
| 1,2-Dichloropropane | 78-87-5 | | | | | 700 | |
| 1,3-Dichloropropane | 142-28-9 | | | | | | 0.31.5 |
| 2,6-Dinitrotoluene | 606-20-2 | 1.03 | | | | | 0.17^b |
| Ethylacetate | 141-78-6 | | | | | 48 | |
| 4-methyl-2-pentanone | 108-10-1 | | | | | | 1.0.8 |

| Contaminant | CAS Number | Residential | Restricted Residential | Commercial | Industrial | Protection of Ecological Resources | Protection of Ground-water |
|---|---|---|---|---|---|---|---|
| 113 Freon (1.1.2- TFE) | 76-13-1 | ~~100 a~~** | | | | | ~~62.8~~ |
| isopropylbenzene | 98-82-8 | ~~100 a~~** | | | | | ~~2.3~~5.1 |
| p-isopropyltoluene | 99-87-6 | | | | | | ~~10~~5.6 |
| Hexachlorocyclo-pentadiene | 77-47-4 | | | | | 10 | |
| Methanol | 67-56-1 | | | | | 6.5 | |
| N-nitrosodiphenyl-amine | 86-30-6 | | | | | 20 | |
| Pentachloro-benzene | 608-93-5 | | | | | 20 | |
| Pentachloronitro-benzene | 82-68-8 | | | | | 10 | |
| Styrene | 100-42-5 | | | | | 300 | |
| 1,2,3,4-Tetrachlorobenzene | 634-66-2 | | | | | 10 | |
| 1,1,2,2-Tetrachloroethane | 79-34-5 | ~~35~~** | | | | | 0.6~~4~~ |
| 1,1,2,2-Tetrachloroethylene | 127-18-4 | | | | | 2 | |
| 1,2,3-Trichlorobenzene | 87-61-6 | | | | | 20 | |
| 1,2,4-Trichlorobenzene | 120-82-1 | | | | | 20 | 8.~~3~~4 |
| 1,2,3-Trichloropropane | 96-18-4 | ~~80~~** | | | | | 0.~~34~~002 |

[a] SCOs for organic contaminants (volatile organic compounds, ~~semivolatile~~semi volatile organic compounds, and pesticides) are capped at 100 ppm for residential use, 500 ppm for commercial use, and 1000 ppm for industrial use. SCOs for metals are capped at 10,000 ppm.

[b] Based on rural background study as described in the TSD (NYSDEC 2006)

[c] SCO limited by contract required quantitation limit.

** Contact NYSDEC for site-specific values for these cleanup criteria. SSCO's for direct exposure (protection of public health) that were based on outdated science of procedures have been removed from this policy and will be evaluated by NYS DOH for updating.

**Table 2. Unrestricted Soil Cleanup ~~Levels~~Objectives for Gasoline Contaminated Soils**

| Contaminant | CAS Registry Number | Soil Cleanup Level (ppm) |
|---|---|---|
| Benzene | 71-43-2 | 0.06 |
| n-Butylbenzene | 104-51-8 | ~~12~~18.0 |
| sec-Butylbenzene | 135-98-8 | ~~11~~25.0 |
| Ethylbenzene | 100-41-4 | 1.0 |
| Isopropylbenzene | 98-82-8 | |

| Contaminant | CAS Registry Number | Soil Cleanup Level (ppm) |
|---|---|---|
| | | ~~2.3~~5.1 |
| p-Isopropyltoluene | 99-87-6 | ~~10.0~~2.1 |
| Methyl-Tert-Butyl-Ether | 1634-04-4 | ~~0.93~~1 |
| Naphthalene | 91-20-3 | 12.0 |
| n-Propylbenzene | 103-65-1 | ~~3.9~~5 |
| Tert-Butylbenzene | 98-06-6 | ~~5.9~~11 |
| Toluene | 108-88-3 | 0.7 |
| 1,2,4-Trimethylbenzene | 95-63-6 | ~~3.6~~5.9 |
| 1,3,5-Trimethylbenzene | 108-67-8 | ~~8.4~~3.1 |
| Xylene (Mixed) | 1330-20-7 | 0.26 |

**Table 3. ~~Unrestricted~~ Soil Cleanup ~~Levels~~Objectives for Fuel Oil Contaminated Soil**

| Contaminant | CAS Registry Number | Soil Cleanup Level (ppm) |
|---|---|---|
| Acenaphthene | 83-32-9 | 20 |
| Acenaphthylene | 208-96-8 | 100 |
| Anthracene | 120-12-7 | 100 |
| Benz(a)Anthracene | 56-55-3 | 1.0 |
| Dibenzo(a,h)Anthracene | 53-70-3 | 0.33 |
| Benzene | 71-43-2 | 0.06 |
| n-Butylbenzene | 104-51-8 | ~~12.0~~18 |
| sec-Butylbenzene | 135-98-8 | ~~11.0~~25 |
| Tert-Butylbenzene | 98-06-6 | ~~5.9~~11 |
| Chrysene | 218-01-9 | 1.0 |
| Ethylbenzene | 100-41-4 | 1.0 |
| Fluoranthene | 206-44-0 | ~~100~~85 |
| Benzo(b)Fluoranthene | 205-99-2 | 1.0 |
| Benzo(k)Fluoranthene | 207-08-9 | 0.8 |
| Fluorene | 86-73-7 | 30 |
| Isopropylbenzene | 98-82-8 | ~~2.3~~5.1 |
| p-Isopropyltoluene | 99-87-6 | ~~10.0~~2.1 |
| Naphthalene | 91-20-3 | 12.0 |
| n-Propylbenzene | 103-65-1 | ~~3.9~~5 |
| Benzo(g,h,i)Perylene | 191-24-2 | ~~100~~0.64 |
| Phenanthrene | 85-01-8 | ~~100~~1.1 |
| Pyrene | 129-00-0 | ~~100~~64 |
| Benzo(a)Pyrene | 50-32-8 | 1.0 |
| Indeno(1,2,3-cd)Pyrene | 193-39-5 | 0.5 |
| 1,2,4-Trimethylbenzene | 95-63-6 | ~~3.6~~5.9 |
| 1,3,5-Trimethylbenzene | 108-67-8 | ~~8.4~~3.1 |
| Toluene | 108-88-3 | 0.7 |
| Xylene (Mixed) | 1330-20-7 | 0.26 |

**Table 4. Recommended Number of Soil Samples for Soil Imported to or Exported from a Site**

| Contaminant | VOCs[a] | | SVOCs, Inorganics ~~&,~~ PCBs~~/Pesticides~~**, and Pesticides**[b] |
|---|---|---|---|
| Soil Quantity (cubic yards) | Discrete Samples | Composite | Discrete Samples/Composite |
| 0-50 | 1 | 1 | Each composite sample for analysis is created from 3-5 discrete samples from representative locations in the fill. |
| 50-100 | 2 | 1 | |
| 100-200 | 3 | 1 | |
| 200-300 | 4 | 1 | |
| 300-400 | 4 | 2 | |
| 400-500 | 5 | 2 | |
| 500-800 | 6 | 2 | |
| 800-1000 | 7 | 2 | |
| ➢ 1000 | Add an additional 2 VOC and 1 composite for each additional 1000 Cubic yards or consult with DER.~~b~~c | | |

[a] VOC samples cannot be composited. Discrete samples must be taken to maximize the representativeness of the results.

~~b~~ If any discrete samples have been analyzed for PCBs, TSCA regulations shall apply to those analytical results, and compositing of samples cannot be used to reclassify soil to a less restricted (cleaner) criteria.

c For example, a 3,000 cubic yard soil pile to be sampled and analyzed for VOCs would require 11 discrete representative samples. The same pile to be sampled for SVOCs would require 4 composite samples with each composite sample consisting of 3-5 discrete samples. ~~samples. The same pile to be sampled for SVOCs would require 4 composite samples with each composite sample consisting of 3-5 discrete samples.~~