IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWN OF OYSTER BAY,<br><br>Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN SYSTEMS CORPORATION,<br><br>Defendant. | Civil Action No. 2:23-cv-07146-NJC-AYS |

**JOINT SUBMISSION REGARDING RECENT CORRESPONDENCE RELEVANT TO THE TOWN OF OYSTER BAY'S MOTION FOR PRELIMINARY INJUNCTION**

Counsel for Plaintiff Town of Oyster Bay (the "Town") and Defendant Northrop Grumman Systems Corporation ("Northrop Grumman") conducted a reasonable investigation and jointly submit this response to the Court's January 14, 2025 Order requesting the parties file more recent correspondence relevant to the issues raised in the Town's Preliminary Injunction (ECF No. 40).

1. Attached as **Exhibit 1** is a true and correct copy of an email dated November 29, 2024 from Jason Pelton, Director of Remedial Bureau D at the New York State Department of Environmental Conservation ("DEC"), addressed to Sarah Johnston, Assistant Geologist in the Department of Remediation at the DEC, Jess LaClair, Environmental Engineer in the Department of Remediation at the DEC, and Edward Hannon, Manager of Environmental Health and Safety and Medical for Northrop Grumman, and Project Manager for Northrop Grumman's remedial activities related to what is historically known as the Grumman Aerospace – Bethpage Facility Site.

2. Attached as **Exhibit 2** is a true and correct copy of an email dated December 13, 2024, from Joel Balmat, Principal Consultant at Verdantas, to Sarah Johnston at the DEC.

3. Attached as **Exhibit 3** is a true and correct copy of an email dated December 17, 2024 from Sarah Johnston to Rich Poff, Senior Scientist at Verdantas.

4. Attached as **Exhibit 4** is a true and correct copy of an email dated December 18, 2024, from Richard Lenz, Commissioner at the Town's Department of Public Works to David Shea, Environmental Engineer and Senior Vice President at Sanborn, Head, & Associates, Inc., and Phillip R. Sachs, P.E., Vice President, Water Supply at D&B Engineers and Architects.

5. Attached as **Exhibit 5** is a true and correct copy of an email dated December 23, 2024 from Richard Lenz to Gregory Carman, Deputy Town Supervisor for the Town of Oyster Bay, David Shea, and Phillip Sachs.

6. Attached as **Exhibit 6** is a true and correct copy of an email dated December 24, 2024, from Jess LaClair to Edward Hannon and Sarah Johnston.

7. Attached as **Exhibit 7** is a true and correct copy of an email dated December 31, 2024, from Jess LaClair to Edward Hannon.

8. Attached as **Exhibit 8** is a true and correct copy of an email dated January 8, 2025, from Sarah Johnston to Edward Hannon.

9. Attached as **Exhibit 9** is a true and correct copy of an email dated January 10, 2025 from Richard Lenz to Gregory Carman.

10. Attached as **Exhibit 10** is a true and correct copy of an email dated January 10, 2025 from Sarah Johnston to Edward Hannon, Jason Pelton, and Jess LaClair.

Dated: January 15, 2025

| | |
|---|---|
| _/s/ J. Michael Showalter_ | _/s/ Grant Esposito_ |
| Matthew F. Prewitt<br>J. Michael Showalter<br>Sonul Rao<br>ARENTFOX SCHIFF LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>Phone: 312-258-5500<br>Fax: 212.484.3900<br>matthew.prewitt@afslaw.com<br>j.michael.showalter@afslaw.com<br>sonul.rao@afslaw.com<br><br>Russel Selman (_pro hac vice_)<br>ARENTFOX SCHIFF LLP<br>233 S. Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Phone: 312.258.5500<br>russell.selman@afs.com<br><br>_Attorneys for Plaintiff_<br>_Town of Oyster Bay, New York_ | Grant J. Esposito<br>Robert J. Baehr<br>Claire N. Abrahamson<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>(212)969-3010<br>gesposito@proskauer.com<br>rbaehr@proskauer.com<br>cabrahamson@proskauer.com<br><br>and<br><br>Mark A. Chertok<br>Amy Cassidy<br>Daniel Goldberg-Gradess<br>SIVE, PAGET & RIESEL, P.C.<br>560 Lexington Avenue, 15th Floor<br>New York, New York 10022<br>(212) 421-2150<br>mchertok@sprlaw.com<br>acassidy@sprlaw.com<br>dgoldberg-gradess@sprlaw.com<br><br>_Attorneys for Defendant_<br>_Northrop Grumman Systems Corporation_ |