# EXHIBIT 2

| | |
|---|---|
| **From:** | Joel Balmat <jbalmat@verdantas.com> |
| **Sent:** | Friday, December 13, 2024 2:09 PM |
| **To:** | sarah.johnston@dec.ny.gov |
| **Cc:** | LaClair, Jess A (DEC); Jason Pelton (jason.pelton@dec.ny.gov); edward.hannon@ngc.com; fred.weber@ngc.com; Lauren.Kubasky@ngc.com; Stabulas.Alexis@epa.gov; James.Sullivan@health.ny.gov; stephanie.selmer@health.ny.gov; Richard Lenz (rlenz@oysterbay-ny.gov); Matt Russo |
| **Subject:** | NYSDEC request for example radar grams |
| **Attachments:** | 24JCC48-Preliminary-Maps (003).pdf |

Sarah,

As requested in your 9/18/24 comment letter for the Park-wide EM survey report, we are providing GPR radar grams for targets of interest identified in the EM report. The attachment includes separate figures with example radar grams for each of the areas requested in your letter. Each figure includes a general plan view location reference, a plan view of the EM responses with cross-section locations, and two cross-section GPR radar grams. The two radar grams for each location were selected based on the highest EM responses identified as metallic. Area 11 (pilot survey area) was not included because it was previously submitted in the pilot survey report.

Please let us know if you have any questions.

**Joel Balmat**, MS
**Principal Consultant**
**C:** 407-973-7954  |  **O:** 407-872-6893
605 E. Robinson Street, Suite 308, Orlando, FL 32801



   

1



Figure 3: EM61 Data Interpretation, Bethpage Community Park, 1001 Stewart Avenue, Bethpage, New York

# Preliminary

Area 1 - Grid 1 Block 9









# Preliminary

Area 2 - Grid 1 Block 7

GPR Profile L37

GPR Profile L14

COURTS

Area 1

Area 2

Area 3

GPR Profile L14 - (675 North)

GPR Profile L37 - (730 North)

# Preliminary

Area 3 - Grid 1 Block 6

GPR Profile L12 - (220 East)

GPR Profile L36 - (280 East)

# Preliminary
Area 4 (a & b) - Grid 1 Blocks 1-4

GPR Profile L9 - (370 North - Area 4A)

GPR Profile L73 - (355 North - Area 4B)

# Preliminary
Area 5 - Grid 1 Blocks 2

GPR Profile L30 - (255 North)

GPR Profile L37 - (440 East)

Area 4

A

B

Area 6

Area 5

# Preliminary
Area 6 - Grid 1 Block 2

GPR Profile L32 - (270 East)

GPR Profile L37 - (440 East)

GPR Profile L46

GPR Profile L32

Area 4

A

B

Area 6

Area 5

# Preliminary
Area 7 - Grid 1 Block 5









# Preliminary
Area 8 - Grid 20








Preliminary
Area 9 - Grid 20bb

GPR Profile L42 - (200 East)

GPR Profile L72 - (190 North)

# Preliminary
Area 10 - Grids 11 & 12