# EXHIBIT 6

| | |
|---|---|
| **From:** | LaClair, Jess A (DEC) <jess.laclair@dec.ny.gov> |
| **Sent:** | Tuesday, December 24, 2024 9:06 AM |
| **To:** | Hannon, ED [US] (CO); Johnston, Sarah A (DEC) |
| **Cc:** | Pelton, Jason M (DEC); Joel Balmat; Rich Poff; Christina Tuohy; Bill Lais; Richard W. Lenz, P.E. (RLenz@oysterbay-ny.gov); mrusso@OYSTERBAY-NY.gov |
| **Subject:** | EXT :RE: Initial Response to NYSDEC 11/27 PCB/Meta Data Gap Response Letter |

Ed,

When the Department sent the comment letter on November 27th regarding the PCB/metal data gap sampling, it was not the Department's intention to have Northrop Grumman begin sampling in late November 2024. The reference to the schedule was made simply to indicate the estimated timeframe for completing this work. The Department does not expect sampling to begin until there is an approved sampling plan. The Department also understands that any changes to the Northrop Grumman sampling program will include additional sampling and therefore will extend the schedule as originally laid out.

The Department anticipates receiving a response from Northrop Grumman regarding the comment letter in early January. After the Department has a chance to review the responses, we hope to schedule a meeting in mid to late January to work through any remaining issues so the sampling plan can be finalized and ultimately approved.

If you have any other questions, please let me know.

Enjoy your holidays,
Jess


**Jessica LaClair, P.E.**
Section Chief, Remedial Bureau D, Section B
Division of Environmental Remediation
*Pronouns: She/Her/Hers*

**New York State Department of Environmental Conservation**
625 Broadway, 12th Floor, Albany, NY 12233-5060
P: (518) 402-9821  |  [jess.laclair@dec.ny.gov](mailto:jess.laclair@dec.ny.gov)

[www.dec.ny.gov](http://www.dec.ny.gov) |  |  | 



---

**From:** Hannon, ED [US] (CO) <Edward.Hannon@ngc.com>
**Sent:** Monday, December 23, 2024 2:35 PM
**To:** Johnston, Sarah A (DEC) <Sarah.Johnston@dec.ny.gov>
**Cc:** Pelton, Jason M (DEC) <jason.pelton@dec.ny.gov>; LaClair, Jess A (DEC) <jess.laclair@dec.ny.gov>; Joel Balmat <jbalmat@verdantas.com>; Rich Poff <rpoff@verdantas.com>; Christina Tuohy <ctuohy@verdantas.com>; Bill Lais <wlais@verdantas.com>; Richard W. Lenz, P.E. (RLenz@oysterbay-ny.gov) <rlenz@oysterbay-ny.gov>;

mrusso@OYSTERBAY-NY.gov

**Subject:** Initial Response to NYSDEC 11/27 PCB/Meta Data Gap Response Letter

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Sarah,

We received the Department's 11/27 comment letter regarding Northrop Grumman's 9/27/24 PCB/metals data gap sampling plan for the Park. As offered, we plan to meet with the Department after we complete our evaluation of the Departments Kriging analysis and proposed soil sampling program provided in your letter. In the meantime, as discussed, the Department verbally confirmed, after sending its 11/27 letter, that it did not expect the data gap sampling activities would have commenced last month. The sentence from your letter that we are referring to is highlighted below:

> *"In accordance with the schedule provided by Northrop Grumman on September 27, 2024, the Part 1 of the Data Gap Sampling and Analysis is scheduled to begin in late November 2024 and be completed in April 2025."*

However, without clarification, this comment implies that Northrop Grumman is expected to conduct the data gap sampling activities per the proposed 9/27/24 OU3 schedule, even though that schedule clearly indicates that it assumes no delays outside of Northrop Grumman's control and provides a list of the key schedule assumptions. At least several key predecessor tasks have been delayed or will be delayed outside of Northrop Grumman's control. These include the protracted regulatory review of Northrop Grumman's proposed data gap sampling plan (as recognized by the Department). Further, the expanded data gap sampling program proposed by the Department, which provides for delineation to unrestricted SCOs, was not anticipated in Northrop Grumman's schedule and will therefore extend the schedule as the details of that expanded delineation are worked out and the resulting agreed upon data gap sampling work plan is prepared and approved.

We would appreciate the Department's written confirmation that it does not or did not expect Northrop Grumman to have commenced with the data gap sampling activities commencing in late November, and that Northrop Grumman's 9/27/24 schedule will need to be adjusted once there is a final, agreed upon data gap sampling work plan. Thank you.

Please let me know if you have any questions.

Happy Holidays and Best Regards

Ed Hannon
Northrop Grumman