# EXHIBIT 8

| | |
|---|---|
| **From:** | Johnston, Sarah A (DEC) <Sarah.Johnston@dec.ny.gov> |
| **Sent:** | Wednesday, January 8, 2025 3:58 PM |
| **To:** | Hannon, ED [US] (CO) |
| **Cc:** | Pelton, Jason M (DEC); LaClair, Jess A (DEC) |
| **Subject:** | EXT :response to department |

Ed,

As you know, we had a follow up call with the Town of Oyster Bay and EPA today. We shared with them that we anticipate receiving possible additional technical questions this week and a response by the end of next week. The Town is very concerned about their May 1st deadline for sampling outside of the ballfield, and although they were encouraged by the timeline we shared, they indicated that they plan to send an RFP for completion of the soil sampling program by a Town-selected contractor during the week of January 20th.

What we would like to know from you is if the formal response you are preparing is a sampling work plan or a letter response to the data gap sampling plan that we submitted?  Our preference would be to receive a document that describes the scope of your data gap soil sampling program that will allow all parties to meet to discuss the next steps. Please let us know and we can set up a meeting to discuss also.

Thank you,
Sarah

**Sarah A. Johnston**
Assistant Geologist, Division of Environmental Remediation
**New York State Department of Environmental Conservation**
625 Broadway, Albany, NY 12233
P: (518) 402-3854  |  C: (518)728-5362  sarah.johnston@dec.ny.gov

