# EXHIBIT 9

| | |
|---|---|
| **From:** | Richard Lenz <rlenz@oysterbay-ny.gov> |
| **Sent:** | Friday, January 10, 2025 11:04 AM |
| **To:** | Gregory Carman; Brian Nevin; psachs@db-eng.com; David Shea |
| **Subject:** | FW: OU3 Park Soil Follow on Kriging questions, and request for follow up discussion with DEC |

**EXTERNAL EMAIL: This message originated from outside the organization. Ensure you trust this sender before clicking on any links or attachments.**

OU3 Park Soil Follow on Kriging questions, and request for follow up discussion with DEC.
Rich

Richard W. Lenz, P. E.
Commissioner
Department of Public Works
150 Miller Place, Syosset NY 11791
(516) 677-5124



**From:** Johnston, Sarah A (DEC) <Sarah.Johnston@dec.ny.gov>
**Sent:** Friday, January 10, 2025 10:56 AM
**To:** Matt Russo <mrusso@oysterbay-ny.gov>
**Cc:** Richard Lenz <rlenz@oysterbay-ny.gov>; Pelton, Jason M (DEC) <jason.pelton@dec.ny.gov>; LaClair, Jess A (DEC) <jess.laclair@dec.ny.gov>
**Subject:** FW: OU3 Park Soil Follow on Kriging questions, and request for follow up discussion with DEC

**CAUTION:** This email originated from outside of our organization! Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe!

Matt,

If you recall from our last meeting, we were expecting some additional technical questions on our data gap sampling plan from Northrop Grumman this week. They are below. We have a meeting scheduled with them early next week to review these. Let me know if you have any questions.

Thanks and have a good weekend,

Sarah

**From:** Hannon, ED [US] (CO) <Edward.Hannon@ngc.com>
**Sent:** Thursday, January 9, 2025 1:30 PM
**To:** Pelton, Jason M (DEC) <jason.pelton@dec.ny.gov>; LaClair, Jess A (DEC) <jess.laclair@dec.ny.gov>; Johnston, Sarah A

1

(DEC) <Sarah.Johnston@dec.ny.gov>
**Cc:** Joel Balmat <jbalmat@verdantas.com>; Rich Poff <rpoff@verdantas.com>
**Subject:** OU3 Park Soil Follow on Kriging questions, and request for follow up discussion with DEC

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

The NG Consultants developed the below list of kriging related questions to allow us to better understand your data interpolation results used to develop your data gap sampling plan that you submitted to NG as reference. Rather than sending a series of emails back on forth I think it would be more expeditious for NG to continue advancing our revised NG data gap sampling plan underway if we had another virtual meeting with you and your consultants at CDM.

Based on the information obtained during that 12/19/24 Kriging call and related email we developed the following questions to aid in our understanding and sampling plan development:

- The DEC's proposed sampling plan states that indicator kriging (IK) was used for data interpolation as the basis for selection of soil sampling locations, but during the call CDM indicated that Radial Basis Function (RBF) interpolation was used. Can you clarify whether indicator kriging or RBF interpolation was used?
- RBF interpolation is commonly used for smoothing data. If RBF interpolation was used, can CDM demonstrate that the data smoothing has not overestimated exceedance probabilities in non-sampled grids, particularly beyond the limits of existing sampling? To help us better understand this, please describe how the RBF interpolation was conducted, such as data handling decisions, parameters and functions selected within the model, and other professional judgement used in the analysis.
- Can you clarify whether validated or unvalidated PCB and metals soil sampling data provided by Sanborn Head was used in the interpolation. If the data was not validated, will the Department consider rerunning the interpolation without the unvalidated data?
- Can you provide the Root Mean Square (RMS) error to compare the interpolation model predictions to the actual data and assess the reasonableness of the predictions.
- Can you provide the date or dates that the Department received the PCB and chromium data from Arcadis that was used in the interpolation.
- Provide total chromium interpolation figures so we can evaluate how the depicted data gaps align with the proposed chromium sampling locations shown in Attachment B of the proposed sampling program.

Please let us know your availability for a call early next week, and, if you have any questions for the NG team in advance of that call.

Best Regards
Ed Hannon
Northrop Grumman

This message (including any attachments) may contain confidential information and is intended only for the individual or individuals named. If you are not the intended recipient, you should delete this message immediately. If you received this message in error, please notify the sender immediately.