# EXHIBIT 10

| | |
|---|---|
| **From:** | Johnston, Sarah A (DEC) <Sarah.Johnston@dec.ny.gov> |
| **Sent:** | Friday, January 10, 2025 10:39 AM |
| **To:** | Hannon, ED [US] (CO); Pelton, Jason M (DEC); LaClair, Jess A (DEC) |
| **Cc:** | Joel Balmat; Rich Poff |
| **Subject:** | EXT :RE: Kriging Meeting |

Hi Ed,

It looks like Monday at 3:30 is the best time for us.

Thanks
Sarah

---

**From:** Hannon, ED [US] (CO) <Edward.Hannon@ngc.com>
**Sent:** Thursday, January 9, 2025 1:36 PM
**To:** Pelton, Jason M (DEC) <jason.pelton@dec.ny.gov>; LaClair, Jess A (DEC) <jess.laclair@dec.ny.gov>; Johnston, Sarah A (DEC) <Sarah.Johnston@dec.ny.gov>
**Cc:** Joel Balmat <jbalmat@verdantas.com>; Rich Poff <rpoff@verdantas.com>
**Subject:** Kriging Meeting

> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Apologies, my teams availability for meeting with you next week was submitted to me immediately upon my sending you my email containing our kriging questions.

The Northrop Grumman Kriging team is available next week on the following days and times.
Hopefully one of these works for your team.

Monday:  After 3:30pm
Tuesday:  2-3:30pm, After 4pm
Wednesday:  10-11am, 1-2pm, After 4pm

Regards
Ed Hannon
Northrop Grumman