# SIVE | PAGET | RIESEL

**MARK A. CHERTOK**
DIRECT DIAL: 646.378.7228
MCHERTOK@SPRLAW.COM

January 31, 2025

**VIA ECF ONLY**

Hon. Nusrat J. Choudhury
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
Courtroom 1040

Re: *Town of Oyster Bay v. Northrop Grumman Systems Corporation* **(2:23-cv-07146)**

Dear Judge Choudhury,

Northop Grumman Systems Corporation ("Northrop Grumman") provides this correspondence in accordance with Your Honor's January 31, 2025 Order concerning Northrop Grumman's request for clarification from the Court as to how it would like to receive a copy of the additional sampling results submitted to the Town of Oyster Bay (the "Town") on January 23, 2025 electronically through email. When converted into a PDF for ECF filing, the additional sampling material became illegible, due to its size. *See* ECF 47-2.

In total, there are twenty (20) additional Microsoft Excel spreadsheets for Exhibits C (2 documents), E (3 documents), G (2 documents), and I (13 documents) of ECF 47. Northrop Grumman uploaded this material to the Eastern District of New York's electronic evidence submission portal in accordance with Your Honor's January 31, 2025 Order and following discussions with Your Honor's Chambers, which opposing Counsel was aware of and consented to.

Respectfully submitted,

_____           _____
Grant J. Esposito                                              Mark A. Chertok
PROSKAUER ROSE LLP                                 SIVE, PAGET & RIESEL, P.C.
Eleven Times Square                                      460 Park Avenue
New York, New York 10036                         New York, New York 10022
(212) 969-3010                                                (212) 421-2150
gesposito@proskauer.com                           mchertok@sprlaw.com

*Counsel for Defendant*
*Northrop Grumman Systems Corp.*