

**ArentFox Schiff LLP**
233 South Wacker Drive
Suite 7100
Chicago, IL  60606

312.258.5500     **MAIN**
312.258.5600     **FAX**

afslaw.com

May 30, 2025

**VIA ECF ONLY**

J. Michael Showalter
Partner

312.258.5561     **DIRECT**

j.michael.showalter@afslaw.com

Magistrate Judge Anne Y. Shields
United States District Court for the
Eastern District of New York
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

Re:  Tier II Discovery Joint Letter from the Parties for *Town of Oyster Bay v. Northrop Grumman Systems Corporation* (2:23-cv-07146)

Dear Judge Shields:

Pursuant to the Court's April 11, 2024, Order, the Parties' Revised Joint Letter dated March 21, 2024 (ECF No. 27), Federal Rule of Civil Procedure 26(f), and the Court's Individual Rules, Plaintiff Town of Oyster Bay (the "Town") and Defendant Northrop Grumman Systems Corporation ("Northrop Grumman," collectively the "Parties"), hereby submit a Tier II Discovery Joint Letter.

On May 19, 2025, the Honorable United States District Judge Nusrat J. Choudhury granted in part and denied in part Defendant Northrop Grumman's Motion to Dismiss the Amended Complaint. (ECF No. 59.) In its April 11, 2024, Order, this Court instructed the Parties to submit an expedited discovery schedule if Northrop Grumman's motion to dismiss is denied. The Parties have conferred, and this Joint Letter presents the Parties' proposed expedited discovery schedule.

**Tier II Discovery Schedule**

The parties jointly propose the following schedule based on Your Honor's Individual Rules and Discovery Plan Worksheet, Judge Choudhury's Individual Rules, and Judge Choudhury's Order (ECF 59).

| Tier II Discovery | |
|---|---|
| Plaintiff Town to file a second amended complaint, per Judge Choudhury's Order (ECF 59 at 100): | July 18, 2025 |
| Deadline to serve written discovery requests | August 1, 2025 |
| All fact discovery completed by: | October 30, 2025 |

Smart In
Your World®



| Expert reports for party bearing burden of proof: | December 15, 2025 |
|---|---|
| Deposition(s) of expert(s) for party bearing burden of proof completed by: | January 29, 2026 |
| Rebuttal expert reports for the party not bearing burden of proof: | March 15, 2026 |
| Expert discovery completed by: | April 29, 2026 |
| Final date to take first step in dispositive motion practice: | 10 business days after close of expert discovery to file letter motion requesting pre-motion conference on a dispositive motion, per Judge Choudhury's Individual Rule 5.1.5 |
| Joint pretrial order due: | 60 days after rulings on dispositive motions |

The Parties are available to schedule a status conference with the Court at the Court's convenience.

                                                 Respectfully submitted,

*/s/ J. Michael Showalter*                       */s/ Grant Esposito*
J. Michael Showalter                          Grant J. Esposito
ARENTFOX SCHIFF LLP                     PROSKAUER ROSE LLP
233 S. Wacker Drive, Suite 7100            Eleven Times Square
Chicago, IL 60606                             New York, New York 10036
Phone:  312.258.5500                        (212) 969-3010
Email:  j.michael.showalter@afslaw.com     gesposito@proskauer.com

*Counsel for Plaintiff*                          *Counsel for Defendant*
*Town of Oyster Bay, New York*               *Northrop Grumman Systems Corp.*