# Exhibit A



GROUNDWATER PLUMES
NYSDEC SITE # 130003
FIGURE 3-8
NORTHROP GRUMMAN BETHPAGE FACILITY / NWIRP FEASIBILITY STUDY REPORT