# SIVE | PAGET | RIESEL

**MARK A. CHERTOK**
DIRECT DIAL: 646.378.7228
MCHERTOK@SPRLAW.COM

September 30, 2025

<u>**VIA EMAIL**</u>
Matthew F. Prewitt
ArentFox Schiff LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
matthew.prewitt@afslaw.com

Re:     ***Town of Oyster Bay v. Northrop Grumman Systems Corporation* (2:23-cv-07146)**

Dear Mr. Prewitt,

As you are aware, counsel for Defendant Northrop Grumman Systems Corporation ("NG") is moving under Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff Town of Oyster Bay's fraudulent misrepresentation and negligent misrepresentation claims asserted in its Second Amended Complaint. Please find enclosed the Notice of Partial Motion to Dismiss, the Declaration of Mark A. Chertok, dated September 30, 2025, and exhibits annexed thereto, and the accompanying Memorandum of Law in Support. Pursuant to Court Rule 5.2.6, the parties will not file their motion papers or submit courtesy copies until the motion has been fully briefed by all parties.

*/s/ Mark Chertok*_____
Mark A. Chertok
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue
New York, New York 10022
(646) 378-7228
mchertok@sprlaw.com

*/s/ Grant Esposito*_____
Grant J. Esposito
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3010
gesposito@proskauer.com

*Counsel for Defendant*
*Northrop Grumman Systems Corp.*