

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY 10019

212.745.9543   **MAIN**
212.484.3990   **FAX**

afslaw.com

April 15, 2026

**VIA ECF ONLY**

Magistrate Judge Anne Y. Shields
United States District Court for the
Eastern District of New York
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

Re:   Joint Status Report and Schedule Proposal from the Parties in *Town of Oyster Bay v. Northrop Grumman Systems Corporation* (2:23-cv-07146)

Dear Judge Shields:

By this letter, the Parties jointly submit a status report and proposed discovery schedule in the above-styled action pursuant to the Court's December 16, 2025, Order.

For background, Plaintiff Town of Oyster Bay (the "Town") filed its Second Amended Complaint in July 2025. (ECF No. 62.) Defendant Northrop Grumman Systems Corporation ("Northrop Grumman") filed a partial motion to dismiss two claims raised in the Town's Second Amended Complaint (ECF No. 64). The Parties briefed that motion, and it is pending before Judge Choudhury. (*See* ECF Nos. 69–71.) Northrop Grumman has not yet filed an answer in response to the Town's Second Amended Complaint.

The Parties are finishing their document productions and expect to have their productions complete by April 30. The Parties respectfully propose the following schedule:

| Proposed Schedule | |
| --- | --- |
| Complete document productions. | April 30, 2026. |
| Complete fact depositions. | September 30, 2026. |
| Disclose expert report(s) for party bearing the burden of proof. | November 30, 2026. |
| Disclose expert report(s) for party not bearing the burden of proof. | January 29, 2027. |

**Smart In
Your World®**



| | |
|---|---|
| Rebuttal expert report(s) for party bearing the burden of proof. | February 26, 2027. |
| Rebuttal expert report(s) for party not bearing the burden of proof. | March 26, 2027. |
| Complete expert depositions. | May 25, 2027. |
| Submit pre-motion conference letters related to any proposed dispositive motions or motions to exclude expert testimony, per Judge Choudhury's Individual Rule 5.1.5. | June 8, 2027. |

The Parties are available to schedule a status conference with the Court at the Court's convenience.

Respectfully submitted,

*/s/ Matthew F. Prewitt*
Matthew F. Prewitt
Sonul Rao
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Phone: (212) 745-9543
Fax: (212) 484-3990
Email:  matthew.prewitt@afslaw.com
          sonul.rao@afslaw.com

Russell Selman (*pro hac vice*)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Phone:  312.258.5500
Email:  russell.selman@afslaw.com

*Counsel for Plaintiff*
*Town of Oyster Bay, New York*

Mark A. Chertok
Amy Cassidy
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue, 15th floor
New York, New York 10022
(212) 421-2150
mchertok@sprlaw.com
acassidy@sprlaw.com

Grant J. Esposito
Robert J. Baehr
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3010
gesposito@proskauer.com
rbaehr@proskauer.com

*Counsel for Defendant*
*Northrop Grumman Systems Corp.*



Case 2:23-cv-07146-NJC-AYS   Document 75   Filed 04/15/26   Page 3 of 3 PageID #: 4771

Magistrate Judge Anne Y. Shields
April 15, 2026
Page 3