UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWN OF OYSTER BAY,<br><br>Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN SYSTEMS CORPORATION,<br><br>Defendant. | **DECLARATION IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**<br><br>Case No. 2:23-cv-07146 |

I, Matthew F. Prewitt, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of ArentFox Schiff LLP, attorneys for Plaintiff Town of Oyster Bay (the Town).

2. I submit this Declaration in support of the Motion to Withdraw Appearance filed on behalf of ArentFox Schiff LLP and its attorneys, including myself, J. Michael Showalter, Sonul Rao, and Duncan Weinstein.

3. Attorney Russell Selman is no longer associated with ArentFox Schiff LLP. Attorney Selman has joined the law firm of León Cosgrove Jiménez, LLP.

4. Attorney Selman has participated in all court appearances in this matter. Attorney Selman has continued to receive communications with opposing counsel at his new firm.

5. The Town informed ArentFox Schiff LLP that it will continue to retain Attorney Selman to represent it in this matter. Accordingly, withdrawal will not create any prejudice to the Town.

6. The Town has elected to discharge ArentFox Schiff LLP. The Town has not discharged ArentFox Schiff LLP for cause.

7. Accordingly, withdrawal is warranted and ArentFox Schiff LLP and its attorneys respectfully request to withdraw for just cause.

8. ArentFox Schiff LLP asserts a charging lien against any proceeds the Town may recover in this action for unpaid fees and expenses pursuant to N.Y. Judiciary Law § 475. ArentFox Schiff LLP is not asserting a retaining lien.

9. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Chicago, Illinois
October 12, 2026

*/s/ Matthew F. Prewitt*
Matthew F. Prewitt